IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

Plaintiff,

vs.

Mark Owen Wittenmyer
Robert Milam
Lonny Remmers
Douglas Boyce,

Defendants.

Case No.3:14cr89

ORDER

It is hereby

Ordered that this matter regarding the above named defendants are hereby referred to the United States Probation Office for the preparation of a presentence report. Sentencing shall not occur sooner than sixteen weeks from today's date.

s/ Jeffrey J. Helmick
United States District Judge